UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 01-1146 DDA/SRN

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

H & W CONSTRUCTION SERVICES, INC. and GERALD WINGE, individually,

Defendants.

**SATISFACTION OF JUDGMENT**

Pamela Hodges Nissen, as attorney for the Carpenters & Joiners Fringe Benefit Funds, the Plaintiffs herein, hereby certifies that the judgment entered and docketed in the court in the above-entitled action on the 29th day of October, 2001, in the amount of Ten Thousand Seven Hundred Ninety-Two Dollars and 90/100 ($10,792.90) has been fully satisfied.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 10th day of March, 2006.

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By: s/Pamela Hodges Nissen
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525
*Attorneys for Plaintiffs*

On March 10, 2006, before me personally appeared Pamela Hodges Nissen, known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

s/Kari L. Breems
Notary Public

237952.DOC